# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ARDWIN FRANK SYLVESTER, PLAINTIFF
ADC #610150

v. 5:18CV00120-JM-JTK

WENDY KELLY, et al. DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Straughn and Kelly be DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 30th day of May, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE