IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARDWIN FRANK SYLVESTER,                                                            PLAINTIFF
ADC #610150

v.                                        5:18CV00120-JM-JTK

WENDY KELLY, et al.                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 47) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 18th day of July, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE