IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARDWIN FRANK SYLVESTER,                                         PLAINTIFF
ADC #610150

v.                         5:18CV00120-JM-JTK

WENDY KELLY, et al.                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 18th day of July, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE